IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-76-FL-1

| | | |
|---|---|---|
| JAMMEE DUCHEA TERRY | ) | |
| Petitioner | ) | |
| v. | ) | ORDER |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This matter is before the court on petitioner's motion to receive transcripts at government's expense (DE 95).[1] Petitioner seeks copies of the following documents: 1) indictment, 2) plea agreement, and 3) docket sheet. As noted in the court's prior order entered February 22, 2017, with respect to petitioner's request for copies, the Judicial Conference Schedule of Fees appended to the 28 U.S.C. § 1914 states that the following copying fee, among other fees, "are to be charged for services provided by the district courts." Id. (District Court Miscellanous Fee Schedule, Effective December 1, 2016):

> [] For reproducing any record or paper, $.50 per page. This fee shall apply to paper copies made from either: (1) original documents; or (2) microfiche or microfilm reproductions of the original records. This fee shall apply to services rendered on behalf of the United States if the record or paper requested is available through electronic access.

---

[1] Also pending are petitioner's motion to reinstate appeal rights (DE 88), motion to vacate (DE 92), and motion to appoint counsel (DE 94), as well as the government's motion to dismiss (DE 101), not yet ripe, which will be addressed by separate order.

Id. Thus, as a general rule, the court must charge $.50 per page to provide paper copies of documents filed on the record in a case, including as applicable here indictment, plea agreement, and docket sheet. Petitioner may make request directly to the Clerk of Court's office for copies of such filed documents, and remit payment, at the rate of $.50 per page, for any copies sought. Accordingly, petitioner's motion to receive transcripts at government expense, which the court construes as a motion for copies of such documents, is DENIED. Petitioner may make request directly to the Clerk of Court's office for copies of such filed documents, and remit payment, at the rate of $.50 per page, for any copies sought.

SO ORDERED, this the 25th day of April, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge